Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 4:14-cv-03954-JSW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **JESUS SEGURA CERVANTES a/k/a JESUS SEGURA,** | |
| **Defendant.** | |

TO  THE  HONORABLE  JEFFREY  S.  WHITE,  THE  DEFENDANT,  AND  HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Initial Case Management Conference in this action, presently set for Friday, January 9, 2015 at 11:00 A.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant Jesus Segura Cervantes a/k/a Jesus Segura.  A true and correct copy of the Proof of Service have been filed with this Honorable Court, as docket entry 10.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Case Management Conference presently scheduled for Friday, January 9, 2015 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: December 31, 2014

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

## <u>ORDER</u> (Proposed)

2

3      It is hereby ordered that the Initial Case Management Conference in civil action number 4:14-cv-

4   03954-JSW styled *J & J Sports Productions, Inc. v. Cervantes*, is hereby continued from Friday,

5   January 9, 2015 at 11:00 A.M. to a new date of  February 20, 2015 .

6          Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

7   Service of this Order with the Clerk of the Court.

8

9

10

**IT IS SO ORDERED**:

11

12

13

14
_____          Dated: January 05, 2015

15
**THE HONORABLE JEFFREY S. WHITE**

**United States District Court**

16
**Northern District of California**

///

17
///

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

27
///

28
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**THE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 4:14-cv-03954-JSW**
**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 31, 2014, I caused to serve the following documents entitled:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Jesus Segura Cervantes a/k/a Jesus Segura (Defendant)
1049 23rd Street
Richmond, CA 94804

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 31, 2014, at South Pasadena, California.

Dated:  December 31, 2014                        */s/ Vanessa Morales*
                                                **VANESSA MORALES**