**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J AND J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

JESUS SEGURA CERVANTES,

    Defendant.
    _____/

No. C 14-03954 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On February 17, 2015, Plaintiff filed a motion for default judgment against Defendant Jesus Segura Cervantes, and noticed it for hearing on March 27, 2015. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The case management conference set for February 20, 2015, and the hearing date set for March 27, 2015 are VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 510-637-3541.

**IT IS SO ORDERED.**

Dated: February 18, 2015

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE